Sylvia GONZALES, Individually and as Personal Representative of the Estate of Adrian Rodriguez, Deceased, Plaintiff–Appellant

v.

BEXAR COUNTY, TEXAS; Cesario Nunez; Christopher Walsh, Defendants–Appellees.

No. 14–50356.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2014.

Sonia M. Rodriguez, Branton Hall Rodriguez Cruz, P.C., San Antonio, TX, for Plaintiff–Appellant.

Albert Lopez, Esq., Law Office of Albert Lopez, Clarkson Frederick Brown, Assistant District Attorney, District Attorney's Office, San Antonio, TX, for Defendants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court. Understandably, plaintiff faults defendants who were trained in the CPR procedure for not attempting to make the effort to improve Mr. Rodriguez' breathing when they reached him, but under the circumstances and this record, we cannot say they were consciously indifferent.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.